UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| Plaintiff, : | Crim. No. 10-487(DRD) |
| v. : | **O R D E R** |
| DAVID SLABON : | |
| Defendant. : | |

IT is this 27th day of April, 2011;

**ORDERED** that the Judgment in the above matter be amended to delete the recommendation that defendant be confined as near as possible to his home and that that recommendation be replaced with a recommendation that defendant be confined as close as possible to "his family's Pennsylvania home."

DICKINSON R. DEBEVOISE
U.S.S.D.J.